UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Hon. Jessica S. Allen |
| v. | : |
| | : Mag. No. 21-8083 |
| AHMAD SAMUEL | : |
| | : **ORDER** |

Upon application of the United States Attorney for the District of New Jersey (by Vinay S. Limbachia, Assistant United States Attorney), for an order unsealing the Complaint and all supporting documents in the above-captioned matter, and good and sufficient cause having been shown,

IT IS THE FINDING OF THIS COURT that this matter should be unsealed in its entirety for the following reasons:

1. Co-defendant Derrick Wiley has been arrested;

2. Wiley has been provided with a copy of the complaint;

3. Wiley has had an initial appearance, in open court;

4. On or about December 17, 2021, a federal grand jury returned an unsealed Indictment, charging Wiley and Samuel in connection with this matter. *See United States v. Wiley et al.*, Crim. No. 21-928 (JXN).

5. Thus, the charges against the defendant no longer remain covert.

**WHEREFORE**, IT IS on this 22nd day of December, 2021,

**ORDERED** that, the Complaint and all other documents filed in this matter be and hereby are UNSEALED.

/s/ Jessica S. Allen
HONORABLE JESSICA S. ALLEN
United States Magistrate Judge